**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-1248

Carl Hebert and Denise Hebert

- - Versus - -

State of Louisiana/Department of Transportation and
Development - Office of Engineering M/V New Roads Ferry
and Captain Michael Orillion

18th Judicial District Court
Case #: 75589
Pointe Coupee Parish

On Application for Rehearing filed on 06/15/2021 by Carl Hebert and Denise Hebert

Rehearing _____ **DENIED** _____

J. Michael McDonald

Mitchell R. Theriot

Wayne Ray Chutz (by JMM)
Wayne Ray Chutz

Date __JUN 2 2 2021_____

Rodd Naquin, Clerk